**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eric L. FRAZIER, Defendant–
Appellant.**

No. 08–2788.

United States Court of Appeals,
Seventh Circuit.

Submitted Dec. 28, 2009.

Decided Jan. 20, 2010.

Daniel L. Bella, Attorney, Office of the United States Attorney, Hammond, IN, for Plaintiff–Appellee.

Jerome T. Flynn, Attorney, Indiana Federal Community Defenders, Inc., Hammond, IN, for Defendant–Appellant.

Before WILLIAM J. BAUER, Circuit Judge, RICHARD A. POSNER, Circuit Judge and ILANA DIAMOND ROVNER, Circuit Judge.

**ORDER**

Eric Frazier moved to reduce his life sentence based on amendments to the United States Sentencing Guidelines. But under the amended Guidelines, his sentence remains life in prison. The district court's denial of Frazier's motion to reduce his sentence is **AFFIRMED.**